IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ARTHUR JAMES GRIFFIN JR.,

Petitioner,

vs.

MICHEAL MYERS,

Respondent.

8:20CV531

MEMORANDUM AND ORDER

The petitioner has not paid the filing fee or submitted a motion to proceed in forma pauperis by the due date, February 4, 2021. Accordingly,

IT IS ORDERED that the Petition for Writ of Habeas Corpus (filing 1) is denied and dismissed without prejudice. No certificate of appealability will be issued.

Dated this 12th day of February, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge